**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Arendi S.A.R.L. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 12-1598-LPS |
| SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, Danielle Goldstein withdraws her appearance as counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Samsung will continue to be represented by counsel at the law firms of Drinker Biddle & Reath LLP and Covington & Burling LLP as noted in the signature block below.

Dated: June 30, 2015

OF COUNSEL:

Christine Saunders Haskett
Robert T. Haslam
Michael K. Plimack
Alice J. Ahn
Wallace J. Lee
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
(415) 591-6000
chaskett@cov.com
rhaslam@cov.com
mplimack@cov.com
aahn@cov.com
wlee@cov.com

  */s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
DRINKER BIDDLE & REATH LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801-1621
(302) 467-4200
francis.digiovanni@dbr.com

*Attorneys for Defendants
Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc. and
Samsung Telecommunications America, LLC*