IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARENDI S.A.R.L., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) C.A. No. 12-1598-LPS <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., ) <br> SAMSUNG ELECTRONICS AMERICA, INC. ) <br> and SAMSUNG TELECOMMUNICATIONS ) <br> AMERICA, LLC, ) <br> ) <br> Defendants. ) <br> ) | |

**STIPULATION AND ORDER OF DISMISSAL**

It is hereby stipulated and agreed by and among Plaintiff Arendi S.A.R.L. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC[1], ("Defendants"), by their attorneys of record, that:

(1) Pursuant to Fed. R. Civ. P. 41(a), the present action is dismissed with prejudice.

(2) Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

(3) Each party shall bear its own costs, attorneys' fees, and expenses.

---

[1] On January 1, 2015 Samsung Telecommunications America, LLC and Samsung Electronics America, Inc. ("SEA") merged, and the combined entity, SEA, is a wholly owned subsidiary of Samsung Electronics Co., Ltd. *See* Supplemental Corporate Disclosure Statement of Samsung Telecommunications America, LLC (D.I. 52).

1

Dated: April 16, 2019

| SMITH, KATZENSTEIN & JENKINS, LLP | DRINKER BIDDLE & REATH LLP |
|---|---|
| */s/ Eve H. Ormerod* | */s/ Thatcher A. Rahmeier* |
| Neal C. Belgam (No. 2721) | Francis DiGiovanni (No. 3189) |
| Eve H. Ormerod (No. 5369) | Thatcher A. Rahmeier (No. 5222) |
| 1000 West Street, Suite 1501 | 222 Delaware Ave., Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 467-4200 |
| nbelgam@skjlaw.com | francis.digiovanni@dbr.com |
| eormerod@skjlaw.com | thatcher.rahmeier@dbr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this _____ day of April, 2019.

_____
 Hon. Leonard P. Stark
 United States District Judge